André E. Jardini, Bar No. 71335
aej@kpclegal.com
K.L. Myles, Bar No. 243272
klm@kpclegal.com
Michael D. Carr, Bar No. 322261
mdc@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone:  (818) 547-5000
Facsimile:  (818) 547-5329

Attorneys for Plaintiffs
ESTATE OF WILLIAM D. PILGRIM, WALTER
GOETZMAN, CHAD REESE, JEROME E.
PEDERSON, AHMED J. CANNON, MICHAEL
FERNANDEZ, ROY HALEEN, HOWARD
KOPEL, ROBERT C. MURPHY, MIKE PETERS,
MARC ADAMS, KALEB ISLEY, KAI QIAN,
MARK ROWE, DALLAS WICKER, MIGUEL
QUEZADA, CHRISTOPHER CONSTANTINE,
BRADLEY GRANT, JOHN PARSONS, ROBERT
L. BRIGGS, ROBERT EDGAR, ROGER L.
BROWNING, LYLE DUNAHOO, AARON
CLARK, ALAN PELLETIER, EDWIN WILLIAM
KRAUSE, FRANK JUZSWIK, S. GARRETT
BECK, DAVID SHELDON, JAN ENGWIS,
ADAM BALDUCCI, ALAN FERRER, JARED
KILEY, JEFF KOLODZI, DEREK VAN DEN
TOP, MORRIS SMITH, ANDRES FREY, SHAWN
BAIN, JEFFREY M. MILLSLAGLE, ROBERT
GEISS, LYLE BARKLEY, DENNIS
PALMQUIST, ANTHONY STACK, RANDY
STANDKE, TUAN BUI, MATHEW EVANS,
DAVID WARD, DAVID PENROD, DEVRY
DAVIS, WILLIAM CHURCH, EDWIN ROJAS,
RICHARD JENKINS, JAMES OSHEIM, JOHN
PENDLETON, JACK WOODALL, JOHN LEBAR,
BENJAMIN LUKE, individuals, on behalf of
themselves and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF WILLIAM D. PILGRIM, WALTER GOETZMAN, CHAD REESE, JEROME E. PEDERSON, AHMED J. CANNON, MICHAEL FERNANDEZ, ROY HALEEN, HOWARD KOPEL, ROBERT C. MURPHY, MIKE PETERS, MARC ADAMS, KALEB ISLEY, KAI QIAN, MARK ROWE, DALLAS WICKER, MIGUEL QUEZADA, CHRISTOPHER CONSTANTINE. | NO.   2:15-cv-08047-JFW (Ex)<br><br>Ctrm:                                      7A<br><br>Judge:        The Hon. John F. Walter<br><br>DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF |

-1-

KNAPP,
PETERSEN
& CLARKE

4419111.1  08000/01006

BRADLEY GRANT, JOHN PARSONS, ROBERT L. BRIGGS, ROBERT EDGAR, ROGER L. BROWNING, LYLE DUNAHOO, AARON CLARK, ALAN PELLETIER, EDWIN WILLIAM KRAUSE, FRANK JUZSWIK, S. GARRETT BECK, DAVID SHELDON, JAN ENGWIS, ADAM BALDUCCI, ALAN FERRER, JARED KILEY, JEFF KOLODZI, DEREK VAN DEN TOP, MORRIS SMITH, ANDRES FREY, SHAWN BAIN, JEFFREY M. MILLSLAGLE, ROBERT GEISS, LYLE BARKLEY, DENNIS PALMQUIST, ANTHONY STACK, RANDY STANDKE, TUAN BUI, MATHEW EVANS, DAVID WARD, DAVID PENROD, DEVRY DAVIS, WILLIAM CHURCH, EDWIN ROJAS, RICHARD JENKINS, JAMES OSHEIM, JOHN PENDLETON, JACK WOODALL, JOHN LEBAR, BENJAMIN LUKE, individuals, on behalf of themselves and all others similarly situated,

        Plaintiffs,

        v.

GENERAL MOTORS LLC and DOES 1 through 50, inclusive,

        Defendants.

PLAINTIFFS' OPPOSITION TO GENERAL MOTORS LLC'S EX PARTE APPLICATION TO STRIKE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' CLASS ALLEGATIONS OR, IN THE ALTERNATIVE, TO EXTEND GM'S DEADLINE TO RESPOND

## DECLARATION OF ANDRÉ E. JARDINI

I, André E. Jardini, declare as follows:

1.     I am an attorney at law duly licensed to practice before this Court. I am a director of the law firm of KNAPP, PETERSEN & CLARKE, counsel of record for the plaintiffs, ESTATE OF WILLIAM D. PILGRIM, et al., in this action.

2.     This is a class action as to vehicle owners who own high performance 2006-2013 Corvette Z06, 2013 Corvette 427, and other vehicles equipped with 427 cubic inch LS7 engines manufactured and sold by General Motors Corporation ("Old GM") and by defendant General Motors LLC ("GM"). These automobiles suffer

KNAPP,
PETERSEN
& CLARKE

-2-

4419111.1  08000/01006

from dangerous valve and valve guide defects that first result in excessive engine valve noise, and then in catastrophic engine failure, even on cars with very few miles on the odometer.

3.    In compliance with the instructions set forth in this Court's standing order (Dkt. No. 43), plaintiffs propounded their first set of requests for production on GM on August 2, 2019.

4.    On November 1, 2019, defendant GM served its first sets of interrogatories and requests for production on the California plaintiffs.  These interrogatories and requests for production failed to request any information regarding plaintiffs' consultants, experts, or witnesses, or their opinions, or any information that would have led to the identification of these individuals.

5.    Attached hereto as **Exhibit 1** is a true and correct copy of General Motors' First Set Of Interrogatories To California Plaintiffs.

6.    Attached hereto as **Exhibit 2** is a true and correct copy of General Motors' First Set Of Requests For Production Of Documents To California Plaintiffs.

7.    On February 28, 2020, plaintiffs received GM's first 959 page tranche of documents in response to plaintiffs' August 2, 2019 request for production.

8.    On March 9, 2020, a second tranche of documents was produced by GM, consisting of 4,237 pages.

9.    On April 13, 2020, a third and a final fourth tranche of documents totaling 13,997 pages were produced by GM.

10.    Plaintiffs served a notice of rule 30(b)(6) deposition on GM on March 5, 2020.

11.    On March 24, plaintiffs granted GM an extension to respond to their March 5 notice of rule 30(b)(6) deposition.

12.    Thereafter, plaintiffs served an amended notice of rule 30(b)(6) deposition on GM on April 30, 2020.

/////

KNAPP,
PETERSEN
& CLARKE

-3-

13.   Via email on May 8, 2020, GM denied plaintiffs' requests that the depositions go forward via videoconference in accordance with Fed. R. Civ. Proc. 30(b)(4), citing "shelter-in-place orders and interruptions in GM's business operations" related to the COVID-19 pandemic.

14.   Attached hereto as **Exhibit 3** is a true and correct copy of the aforementioned May 8, 2020 email correspondence.

15.   On May 18, 2020, GM served its Objections And Responses To Plaintiffs' Amended Notice Of Rule 30(b)(6) Deposition And Request For Production Of Documents At Time Of Deposition.  In its general objections, GM again objected to plaintiffs' demand that GM appear for deposition via videoconference.

16.   Attached hereto as **Exhibit 4** is a true and correct copy of GM's Objections And Responses To Plaintiffs' Amended Notice Of Rule 30(b)(6) Deposition And Request For Production Of Documents At Time Of Deposition.

17.   On July 9, 2020, plaintiffs attempted to meet and confer with counsel for GM regarding the taking of depositions via videoconference, and for some weeks thereafter, despite the efforts of plaintiffs in trying to reach a compromise regarding the taking of depositions via videoconference, GM remained steadfast that it would not agree to depositions conducted by videoconference.

18.   A true and correct copy of plaintiffs' July 9, 2020 correspondence to GM is attached hereto as **Exhibit 5**.

19.   To date, defendant GM has not noticed depositions of the named plaintiffs or any other individuals in this matter.

20.   Declarants Robin T. Harrison and Kohle Heimlich were not known at the time these plaintiffs served responses to interrogatories and requests for production in February 2020.  Plaintiffs' investigation discovered them after their responses were served.

////

KNAPP, PETERSEN & CLARKE

-4-

4419111.1  08000/01006

21. Richard Reyman signed a declaration in support of plaintiffs' reply to GM's motion to enforce the bankruptcy court's July 5, 2009 sale order and injunction that was filed on February 4, 2016.

22. A true and correct copy of the February 4, 2016 Declaration Of Richard Reyman In Support Of Reply To Motion Of General Motors LLC is attached hereto as **Exhibit 6**.

23. Richard Reyman was specifically discussed in a document produced by GM in response to plaintiffs' request for production at bates-stamped page GM_000004927.

24. On August 17, 2020, my associate Michael D. Carr and I participated in a telephonic meet and confer discussion with defendants' counsel April N. Ross and Andrew Holmer.

25. During the August 17, 2020 meet and confer discussion, I stated that plaintiffs' motion for class certification would be supported by the declarations of plaintiffs' experts, including consulting performance shop owners and other owners of LS7-equipped vehicles.  Counsel for GM did not inquire as to the identity of these individuals.

Executed on this 30th day of August , 2020, at Glendale, California.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ André E. Jardini
André E. Jardini

KNAPP,
PETERSEN
& CLARKE

-5-

4419111.1  08000/01006