JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

|  |  |
|---|---|
| ESTATE OF WILLIAM D. PILGRIM, *et al.*, | Case No. 2:15-cv-08047 JFW (Ex) |
| Plaintiffs, | Honorable John F. Walter |
| vs. | **JUDGMENT** |
| GENERAL MOTORS LLC and DOES 1-50 inclusive, | |
| Defendants. | |

Pursuant to the Court's Order granting the Motion for Summary Judgment filed by General Motors, LLC ("New GM") (Docket No. 212), and providing summary judgment for New GM on all claims asserted by all plaintiffs, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that New GM shall have judgment in its favor against Plaintiffs.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that New GM shall have its costs of suit.

Dated: November 24, 2020

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE